# brownrudnick

EDWARD J. NAUGHTON
direct dial: 617.856.8567
enaughton@brownrudnick.com

June 19, 2019

**VIA ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**RE:** <u>Hertz Corp. v. Accenture LLP, No. 19cv3508 (WHP)</u>

Dear Judge Pauley:

On June 14, 2019, in accordance with the Court's Scheduling Order entered on June 4, 2019 [ECF 22], the Hertz Corporation ("Hertz") filed its first amended complaint (the "First Amended Complaint") [ECF 23]. Hertz has subsequently identified a typographical error in the second sentence paragraph 92 of its First Amended Complaint, which currently reads: "Hertz reasonably relied upon Accenture's representations about the expertise of its developers when it chose to hire Hertz." However, this sentence should read "Hertz reasonably relied upon Accenture's representations about the expertise of its developers when it chose to hire *Accenture*."

Hertz respectfully requests permission to file a Corrected First Amended Complaint in the form attached as <u>Exhibit A</u> to this letter. Hertz has also attached a redline comparing the First Amended Complaint with the proposed Corrected First Amended Complaint as <u>Exhibit B</u>.

Hertz has communicated its intention to file the Corrected First Amended Complaint to Accenture LLP ("Accenture") and Accenture had no objection.

We are available to discuss any issues or questions at the Court's convenience.



The Honorable William H. Pauley III
June 19, 2019
Page 2

Dated: New York, New York
      June 19, 2019

**BROWN RUDNICK LLP**

By:   /s/ *Edward J. Naughton*_____

Edward J. Naughton (*pro hac vice*)
Rebecca M. Lecaroz (*pro hac vice*)
Kyle P. Dorso (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
enaughton@brownrudnick.com
rlecaroz@brownrudnick.com
kdorso@brownrudnick.com

-and-

D. Cameron Moxley
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
cmoxley@brownrudnick.com

*Counsel for Plaintiff The Hertz Corporation*