**Exhibit Index**

| Exhibit | Description |
|---|---|
| | W. Levy Declaration, dated June 14, 2019 |
| A | 2004 Consulting Services Agreement between Accenture LLP and The Hertz Corporation |
| B | Excerpts of Statement of Work for Digital C2C Program Phase 2 |
| C | Excerpts of June 14, 2016 Power Point Presentation, including pg. 1, pg. 32, and pg. 33 (of 58) |