# Exhibit C



# HERTZ DIGITAL PARTNER PROPOSAL

June 14, 2016

accenture
High performance. Delivered.

Copyright © 2016  Accenture. All rights reserved. Accenture Confidential Information.   |   1

# WE'VE GOT THE SKILLS YOU NEED TO WIN

We bring together design, development, and strategy

### SIMPLICITY AND BEAUTY

We strive for elegant simplicity in all of our solutions. Our design wins hearts and minds while being both as intuitive and beautiful as possible.

### GREAT PRODUCTS, LESS TIME

We believe the best digital products are created when designers and developers work hand in hand. Clients want disruptive ideas delivered — quickly. Sometimes it's just faster to build than plan.



**DESIGN**
User Experience + Interaction

Products with purpose

Experiences users love

INNOVATION

**STRATEGY**
Research + Analysis + Planning

Big ideas executed

**DEVELOPMENT**
Technical Engineering + R&D

Copyright © 2016  Accenture. All rights reserved. Accenture Confidential Information.   |



ATLANTA • AUSTIN • BERLIN • CHICAGO • DALLAS • HELSINKI • HONG KONG • ISTANBUL • LONDON • LOS ANGELES • MADRID • MELBOURNE • MILAN • NEW YORK • PARIS • SAN FRANCISCO • SÃO PAULO • SEATTLE • STOCKHOLM • SYDNEY • TORONTO

# INNOVATION NEVER SLEEPS

**21**
Studios
Europe, North America, South America and APAC

**800**
Experts
The best talent in the world

**300**
Clients
Worldwide

**1**
Team
Part of Accenture Interactive, the world's largest agency

Copyright © 2016 Accenture. All rights reserved. Accenture Confidential Information.   | 33