UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

THE HERTZ CORPORATION,

    Plaintiff,

  -against-

ACCENTURE LLP,

    Defendant.

------------------------------------------------------------

19cv3508

SCHEDULING ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

  In view of Accenture's Motion to Compel IBM to Comply with Accenture's Subpoena (ECF No. 61), this Court hereby fixes the following schedule:

 (1) IBM shall file its opposition to Accenture's motion by December 6, 2019; and

 (2) Accenture shall file any reply by December 9, 2019.

  Accenture is further directed to serve IBM with a copy of this Order forthwith and note service on the docket.

Dated: December 2, 2019
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.