# EXHIBIT 2

|   | **Witness** | **In Jurisdiction** | **Area of Knowledge** |
|---|---|---|---|
| 1. | Tyler Best<br><br>Former Hertz Employee | No | Former Chief Information Officer (CIO) at Hertz. Knowledgeable about the project, the goals of Hertz's IT department on the project and as part of the broader C2C program. |
| 2. | Casey Cannon<br><br>Former Hertz Employee | No | Director of Digital Product Management. Knowledgeable about user acceptance testing (UAT) and approving user stories. |
| 3. | Gloree Centeno<br><br>Former Hertz Employee | No | VP of IT eCommerce. Knowledgeable about the decision to hire Accenture, the impact of personnel changes at Accenture, extensibility, integration issues, use of RAPID, responsiveness and breakpoints, and the visual style guide. |
| 4. | George Daramola<br><br>Former Hertz Employee | No | Testing Center of Excellence. Knowledgeable about Hertz's specifications for testing, including requirements and deliverables. |
| 5. | Timothy Delesio<br><br>Former Hertz Employee | No | Director of Application Architecture. Knowledgeable about Hertz's backend legacy systems. |
| 6. | Matt Jauchius<br><br>Former Hertz Employee | No | Chief Marketing Officer. Knowledgeable about Hertz's decision to retain Accenture and the goals of Hertz's Marketing Department for the project. |
| 7. | Raymond Kunik<br><br>Former Hertz Employee | No | VP of eCommerce. Knowledgeable about the marketing department's perspective on the architecture and design of the new digital platform, and the post-Accenture IBM work. |
| 8. | John LaFreniere<br><br>Former Hertz Employee | No | VP of Global IT Architecture. Knowledgeable about Hertz's InFact group and the integration layer. |
| 9. | Khalid Latif<br><br>Current Hertz Employee | Yes | VP of Procurement & Vendor Management. Primary negotiator for final stages of negotiations on Change Request 1 and for Change Request 2. Knowledgeable about issues relating to changes in staffing, schedule, deliverables; Accenture's write off of $8 million in fees; Hertz's waiver of certain claims; Accenture's transition activities; and times and materials provision in the contracts. |

| | **Witness** | **In Jurisdiction** | **Area of Knowledge** |
|---|---|---|---|
| 10. | Kathryn Marinello<br><br>Current Hertz Employee | Yes | Current Hertz CEO. Knowledgeable about the status of the project from January 2017 onwards, including decisions regarding the scope of Accenture's work, the approval of Change Requests 1 and 2, the payment of Accenture's invoices, the termination of Accenture, and the retention of IBM. |
| 11. | Robert McInerney<br><br>Former Hertz Employee | No | VP of Transformation Programs. Knowledgeable about the overall C2C Program and the digital project in the context of that larger program. Also involved in key meetings and contract negotiations regarding Change Request 1. |
| 12. | Prashanth Munigala<br><br>Current Hertz Employee | Yes | Senior Director of Digital Technology. Knowledgeable about the difficulties with backend integration as a result of the departure of Tim Delesio and Hertz's criticisms of IBM's report assessing Accenture's work. |
| 13. | Opal Perry<br><br>Current Hertz Employee | Yes | Current CIO. Knowledgeable about the decision not to pay Accenture for its work pursuant to Change Request 2, IBM's work on the project, and the reasons Hertz transitioned the work from Accenture to IBM. |
| 14. | Eugene Pizinger<br><br>Former Hertz Employee | No | VP of Information Technology: Primary negotiator for the Statement of Work (SOW) for Phase 2 and much of Change Request 1. Knowledgeable about the contractually specified deliverables and the process for Hertz's review, approval, acceptance, and payment for the deliverables. |
| 15. | Lisa Rockhill<br><br>Current Hertz Employee | Yes | Primary project manager for both the Accenture and IBM phases of the project. Knowledgeable about Hertz's involvement and approval of the architecture and design of the digital projects. |
| 16. | Greg White<br><br>Former Hertz Employee | No | Senior Director, Cloud Architecture. Knowledgeable about Hertz's existing data system and the role of Hertz's IT department in the review and approval Accenture's proposed architecture. |
| 17. | Ryan Williams<br><br>Current Hertz Employee | Yes | Hertz employee who specialized in user experience and can likely explain how the desired user experience evolved as the project progressed. |