UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| THE HERTZ CORPORATION, | : |
| Plaintiff, | : |
| -against- | : 19cv3508 |
| | : ORDER |
| ACCENTURE LLP, | : |
| Defendant. | : |

------------------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

The April 3, 2020 teleconference is rescheduled from 12:00 p.m. to 3:00 p.m.

Dated: April 2, 2020
     New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.