# EXHIBIT A

responsive, non-privileged documents in its possession, custody, or control subject to a confidentiality order to be negotiated by Hertz and Accenture.

**Request No. 56:**

Documents sufficient to identify all Hertz personnel involved in the Project as well as their titles and responsibilities on the Project.

**Response No. 56:**

Hertz repeats and incorporates its General Objections. Hertz objects to this Request on the grounds that "Project" is vague, ambiguous, and overly broad as to time and scope. Hertz will construe "Project" in accordance with Paragraph 17 of its General Objections. Subject to and without waiving these objections, Hertz will work in good faith to identify and produce responsive, non-privileged documents in its possession, custody, or control for the Relevant Time Period subject to a confidentiality order to be negotiated by Hertz and Accenture.

**Request No. 57:**

Documents sufficient to identify the current employment status and titles of Hertz personnel who were involved in the Project. To the extent personnel previously involved in the Project are no longer employed by Hertz, all documents related to the reasons for their departure.

**Response No. 57:**

Hertz repeats and incorporates its General Objections. Hertz objects to this Request on the grounds that "Project" is vague, ambiguous, and overly broad as to time and scope. Hertz will construe "Project" in accordance with Paragraph 17 of its General Objections. Subject to and without waiving these objections, Hertz will work in good faith to identify and produce responsive, non-privileged documents in its possession, custody, or control for the Relevant Time Period subject to a confidentiality order to be negotiated by Hertz and Accenture.