UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

THE HERTZ CORPORATION,

          Plaintiff,

    -against-

ACCENTURE LLP,

          Defendant.

---------------------------------------

19cv3508

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

On May 15, 2020, this Court conducted a telephonic conference concerning discovery disputes presented in the parties' joint letters dated April 30, 2020 and May 8, 2020. (See ECF Nos. 90, 91.)  For the reasons stated on the record:

1. The parties shall meet and confer regarding the possibility of conducting electronic review of the source code at issue in this case.  The parties shall submit a joint letter to this Court by May 22, 2020 describing their meet and confer efforts.

2. Accenture's application for additional discovery concerning the twenty former Hertz employees and executives is granted.  (See ECF No. 91, at 4.)  Hertz shall produce to Accenture all severance agreements for those employees and executives forthwith.  Moreover, the parties shall meet and confer about search terms, custodians, and timeframes for additional email and document searches concerning those twenty employees and executives.  The parties shall update this Court on their meet and confer efforts in the May 22, 2020 joint letter.

Dated: May 18, 2020
       New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.