UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE HERTZ CORPORATION, )<br>)<br>Plaintiff/Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>ACCENTURE LLP, )<br>)<br>Defendant/Counterclaim-Plaintiff. )<br>) | Civil Action No. 1:19-cv-03508-WHP |

### NOTICE OF SUGGESTION OF BANKRUPTCY

Please take notice that the Plaintiff/Counterclaim-Defendant in the above-captioned action, The Hertz Corporation ("Hertz"), through separate counsel, has filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware, under the caption *In re The Hertz Corporation, et al.*, Case No. 20-11218.

Accordingly, as a result of Hertz's chapter 11 filing, all proceedings presently pending in this matter are stayed.  11 U.S.C. § 362(a)(1) (staying all judicial proceeding against the debtor); *see also Koolik v. Markowitz* 40 F.3d 567, 568-69 (2d Cir. 1994) (ruling that counterclaim against debtor-plaintiff invokes automatic stay on "all proceedings herein with respect to the debtor").

Dated: New York, New York  **BROWN RUDNICK LLP**
      May 23, 2020

By: /s/ *Edward J. Naughton*

Edward J. Naughton (*pro hac vice*)
Rebecca M. Lecaroz (*pro hac vice*)
Kyle P. Dorso (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
enaughton@brownrudnick.com
rlecaroz@brownrudnick.com
kdorso@brownrudnick.com

-and-

D. Cameron Moxley
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
cmoxley@brownrudnick.com

*Counsel for Plaintiff The Hertz Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  May 23, 2020

                                                  /s/ *Edward J. Naughton*