UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE HERTZ CORPORATION,<br><br>v.<br><br>ACCENTURE LLP,<br><br>Defendant/Counterclaim-Plaintiff. | Civil Action No. 1:19-cv-03508-WHP |

**JOINT STATUS REPORT**

Pursuant to this Court's Memo Endorsement dated July 17, 2020 [ECF No. 97], the parties provide the following joint status report regarding the status of the bankruptcy action identified in Notice of Suggestion of Bankruptcy filed by The Hertz Corporation ("Hertz") on May 23, 2020 ("Hertz's Notice") [ECF No. 95].

1. On May 22, 2020, Hertz and certain of its affiliates (the "Debtors") filed in the United States Bankruptcy Court for the District of Delaware a voluntary petition for relief under Title 11 of the United States Code. That proceeding has been procedurally consolidated under the main case, the caption of which is *In re The Hertz Corporation, et al.*, Case No. 20-11218 (MFW) (the "Chapter 11 Cases").

2. The Chapter 11 Cases were initiated on May 22, 2020 and are currently ongoing.

3. On October 13, 2020, Accenture filed its proof of claim in the Chapter 11 Cases and reserved its right to proceed on its alleged counterclaims against Hertz in this Action in the event that Hertz decides to resume its prosecution of its claims against Accenture in this Action.

4. The deadline for most creditors to file proofs of claim for debts that arose prior to the bankruptcy petition date has been set by the Bankruptcy Court for October 21, 2020 at 5 p.m.

5. The Bankruptcy Court recently entered an order extending the exclusive period for the Debtors to file a plan to March 22, 2021.  The Debtors may seek another extension prior to the expiration of the current deadline.

6. Hertz and its affiliates filed a motion seeking to enter into a Debtor in Possession Financing Facility which will be funded by many of its existing secured lenders.  The amount of the proposed facility is $1.65 billion and the main benchmark is that the Debtors would have to file a plan of reorganization by August 1, 2021 and repay the facility by December 31, 2021. The hearing at which the DIP Financing motion and any objections thereto will be considered is scheduled for October 31, 2021.

Respectfully submitted,

Dated: October 19, 2020

By: /s/ *Edward J. Naughton*
Edward J. Naughton (*pro hac vice*)
Rebecca M. Lecaroz (*pro hac vice*)
Kyle P. Dorso (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
enaughton@brownrudnick.com
rlecaroz@brownrudnick.com
kdorso@brownrudnick.com

-and-

D. Cameron Moxley
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
cmoxley@brownrudnick.com

*Counsel for Plaintiff/Counterclaim-Defendant The Hertz Corporation*

/s/ *James H. Bicks*
James H. Bicks (JB2930)
David R. Roth (admitted pro hac vice)
Wiggin and Dana LLP
437 Madison Avenue
35th Floor
New York, New York 10022
Phone: 203.363.7622
Fax: 212.551.2888
jbicks@wiggin.com
droth@wiggin.com

Adam M. Abensohn
Manisha M. Sheth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
adamabensohn@quinnemanuel.com
manishasheth@quinnemanuel.com

*Counsel for Defendant/Counterclaim-Plaintiff Accenture LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  October 19, 2020

                                                      /s/ *Edward J. Naughton*