UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE HERTZ CORPORATION, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> ACCENTURE LLP, <br><br> Defendant/Counterclaim-Plaintiff. | Civil Action No. 1:19-cv-03508-WHP |

## JOINT STATUS REPORT

Pursuant to this Court's Memo Endorsement dated April 21, 2021 [ECF No. 103], the parties provide the following joint status report regarding the status of the bankruptcy action identified in Notice of Suggestion of Bankruptcy filed by The Hertz Corporation ("Hertz") on May 23, 2020 [ECF No. 95].

1. As explained in the *Corrected Joint Status Report* filed on October 21, 2020 [ECF No. 99], on May 22, 2020, Hertz and certain of its affiliates commenced chapter 11 cases jointly administered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under the caption *In re The Hertz Corporation, et al.*, Case No. 20-11218 (MFW).

2. On June 10, 2021, the Bankruptcy Court entered an order confirming the Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of the Hertz Corporation and its Debtor Affiliates [D.I. 5261] (the "Plan"). The Effective Date of the Plan was June 30, 2021 [D.I. 5477].

3. On July 1, 2021, the reorganized debtors moved pursuant to section 105(a) of the Bankruptcy Code and 9019(a) of the Federal Rules of Bankruptcy Procedure for approval of a

settlement between Hertz and Accenture LLP resolving the above-captioned proceeding pending before this Court, as well as claims arising from certain other service agreements between the parties [D.I. 5493]. The motion is scheduled to be heard on July 22, 2021 at 2:00 p.m. ET.

    4.    Upon the conclusion of the hearing on July 22, 2021, the Parties will inform this Court regarding whether the settlement has been approved by the Bankruptcy Court.

                                  Respectfully submitted,

Dated: July 7, 2021

| | |
|---|---|
| By: /s/ *Edward J. Naughton* | /s/ *Manisha M. Sheth* |
| Edward J. Naughton (*pro hac vice*) | Adam M. Abensohn |
| Rebecca M. Lecaroz (*pro hac vice*) | Manisha M. Sheth |
| Kyle P. Dorso (*pro hac vice*) | Quinn Emanuel Urquhart & Sullivan LLP |
| One Financial Center | 51 Madison Avenue, 22nd Floor |
| Boston, MA 02111 | New York, NY 10010 |
| Telephone: (617) 856-8200 | adamabensohn@quinnemanuel.com |
| Facsimile: (617) 856-8201 | manishasheth@quinnemanuel.com |
| enaughton@brownrudnick.com | |
| rlecaroz@brownrudnick.com | James H. Bicks (JB2930) |
| kdorso@brownrudnick.com | David R. Roth (admitted pro hac vice) |
| | Wiggin and Dana LLP |
| -and- | 437 Madison Avenue |
| | 35th Floor |
| D. Cameron Moxley | New York, New York 10022 |
| Seven Times Square | Phone: 203.363.7622 |
| New York, New York 10036 | Fax: 212.551.2888 |
| Telephone: (212) 209-4800 | jbicks@wiggin.com |
| Facsimile: (212) 209-4801 | droth@wiggin.com |
| cmoxley@brownrudnick.com | |
| *Counsel for Plaintiff/Counterclaim-Defendant The Hertz Corporation* | *Counsel for Defendant/Counterclaim-Plaintiff Accenture LLP* |

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 7, 2021

                                                /s/ *Edward J. Naughton*