# brownrudnick

EDWARD J. NAUGHTON
direct dial: 617.856.8567
enaughton@brownrudnick.com

August 5, 2021

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**RE:** **Hertz Corp. v. Accenture LLP, No. 19cv3508 (PGG)**

Dear Judge Gardephe:

  Pursuant to Your Honor's endorsement of the Parties' July 7, 2021 status report [ECF 106], Plaintiff/Counterclaim-Defendant The Hertz Corporation ("Hertz") and Defendant/Counterclaim-Plaintiff Accenture LLP ("Accenture") write jointly to advise the Court about the status of the settlement between Hertz and Accenture.

  On July 20, 2021, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), under the caption *In re The Hertz Corporation, et al.*, Case No. 20-11218 (MFW), entered an order approving a settlement between Hertz and Accenture resolving the above-captioned proceeding pending before this Court, as well as claims arising from certain other service agreements between the parties (the "Settlement Order") [ECF 5594].

  Pursuant to the settlement agreement approved by the Bankruptcy Court, Hertz is required to file a notice of dismissal within fourteen (14) days following payment in full of the settlement amount. The settlement amount is required to be paid no later than thirty (30) days following entry of the Settlement Order, but we are advised that the payment may be made as early as this week. Promptly following its receipt of the settlement amount, Hertz shall file a notice of dismissal in accordance with the settlement agreement.



Hon. Paul G. Gardephe
August 5, 2021
Page 2

Respectfully submitted,

/s/ *Manisha M. Sheth*
Manisha M. Sheth
Adam M. Abensohn
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

James H. Bicks
David R. Roth
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, NY 10022
*Counsel for Defendant/Counterclaim-Plaintiff Accenture LLP*

/s/ *Edward J. Naughton*
Edward J. Naughton (pro hac vice)
Rebecca M. Lecaroz (pro hac vice)
Kyle P. Dorso (pro hac vice)
BROWN RUDNICK LLP
One Financial center
Boston, MA 02111

-and-

D. Cameron Moxley
Seven Times Square
New York, NY 10036
*Counsel for Plaintiff/Counterclaim-Defendant The Hertz Corporation*



## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 5, 2021

                                                   /s/ *Edward J. Naughton*