# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE HERTZ CORPORATION, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| ACCENTURE LLP, | ) |
| | ) |
| Defendant/Counterclaim-Plaintiff. | ) |
| | ) |
| | ) |

Civil Action No. 1:19-cv-03508 (PGG)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff The Hertz Corporation and Defendant Accenture LLP, pursuant to Fed. R. Civ.

P. 41(a), hereby stipulate and agree to the dismissal of all claims in the above-styled action with

prejudice. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: August 6, 2021

By: _Edward Naughton_
Edward J. Naughton (*pro hac vice*)
Rebecca M. Lecaroz (*pro hac vice*)
Kyle P. Dorso (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
enaughton@brownrudnick.com
rlecaroz@brownrudnick.com
kdorso@brownrudnick.com

-and-

D. Cameron Moxley
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

By: _Manisha Sheth_
Manisha M. Sheth
Adam M. Abensohn
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
adamabensohn@quinnemanuel.com
manishasheth@quinnemanuel.com

James H. Bicks (JB2930)
David R. Roth (admitted pro hac vice)
Wiggin and Dana LLP
437 Madison Avenue
35th Floor
New York, New York 10022
Phone: 203.363.7622
Fax: 212.551.2888
jbicks@wiggin.com

Facsimile: (212) 209-4801
cmoxley@brownrudnick.com

droth@wiggin.com

*Counsel for Plaintiff/Counterclaim-Defendant*
*The Hertz Corporation*

*Counsel for Defendant/Counterclaim-Plaintiff*
*Accenture LLP*

The Clerk of Court is directed to close this case.
**IT IS SO ORDERED.**

Dated:   August 9, 2021

Hon. Paul G. Gardephe
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  August 6, 2021

/s/ *Edward J. Naughton*